■ MARY C. JOSEPH, Respondent, v SIEBTECHNIK, G.M.B.H., Appellant.—Order unanimously reversed on the law without costs, motion granted and complaint dismissed. Memorandum: On a motion to dismiss for lack of personal jurisdiction pursuant to CPLR 3211 (a) (8), plaintiff has the burden of establishing the fact of jurisdiction *(Derso v Volkswagen of Am.,* 159 AD2d 937, 938; *Cato Show Print. Co. v Lee,* 84 AD2d 947, *appeal dismissed* 56 NY2d 593). In opposition to defendant's motion, plaintiff submitted affidavits of two attorneys. Neither of these affidavits included any factual allegations regarding jurisdiction. The thrust of both affidavits was to suggest erroneously that defendant had failed to sustain its burden of proof. Under the circumstances, defendant's motion to dismiss should have been granted *(see, Schumacher v Sea Craft Indus.,* 101 AD2d 707). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Dismiss Complaint.) Present—Callahan, J. P., Doerr, Green, Balio and Lowery, JJ.

■ EUGENE KUSMIERZ, SR., et al., Appellants, v ROBERT HERMAN et al., Respondents.—Order unanimously affirmed with costs. Memorandum: We affirm the order essentially for the reasons stated in the decision of Supreme Court. We add only that defendants' admission in 1976 that plaintiffs owned the disputed strip of land did not necessarily destroy a matured prescriptive right *(see, City of Tonawanda v Ellicott Cr. Homeowners Assn.,* 86 AD2d 118, 123-124; *New York State Elec. & Gas Corp. v Persson,* 64 AD2d 194, 196, *lv denied* 46 NY2d 709). The allegations in defendants' answer that the prescriptive use of the disputed property by defendants and their predecessors in title extended at least back to 1930 and possibly back into the 1800s raised a factual question concerning whether the prescriptive easement had matured before the use became permissive. Consequently, Supreme Court properly denied plaintiffs' motion to dismiss defendants' counterclaim and affirmative defenses based upon prescriptive easement. (Appeal from Order of Supreme Court, Wyoming County, Dadd, J.—Dismiss Counterclaim.) Present—Callahan, J. P., Doerr, Green, Balio and Lowery, JJ.

■ FIRST BIBLE BAPTIST CHURCH, INC., Appellant, v GATES-CHILI CENTRAL SCHOOL DISTRICT, Respondent. (Appeal No. 1.)— Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi,* 162 AD2d 985). (Appeal from Order of Supreme Court, Monroe County, Patlow, J.—Reargument.) Present— Callahan, J. P., Doerr, Green, Balio and Lowery, JJ.